To: USDC SDNY
500 Pearl street
New york, New york
10007 - 1312

From: yessuh suhyes Hussey
Mid-Hudson Forensic psychiatric
center. 2834 Route 17M
New Hampton, New york
10958-0158.

Hello, the purpose of this letter is to Notify the USDC of the SDNY that as of August 04, 2026 I yessuh Hussey have been transferred from OHS Bantum correction center to Mid-Hudson Forensic psychiatric center, therefore I have not been able to read any mails or orders that have been mailed to me, if mailed to me. I hereby request that a copy of any previous mail in regards to CV-26-05028-LTS be sent to Mid hudson where I am currently held for an evaluation. As well as any future order while I am held here at ward 33 building 3, at the address above on the right.

The contents of this letter is hereby sworn pursuant NY cls ~~optR~~ penal law § 210.45. 09/08/2026.

Signature of plaintiff [signature]
Name of plaintiff yessuh suhyes Hussey

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 15 AM 9:51

From Yessuh Suhyes Hussey
MID-HUDSON FORENSIC PSYCHIATRIC CENTER
2834 Route 17M
NEW HAMPTON, N.Y. 10958-0158

NEW YORK NY 100
12 SEP 2026 PM 7 L
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 10958 $ 000.78⁰
02 7W
0008044275 SEP. 11. 2026

USMP3
SDNY

Pro Se

To: clerk office USDC SDNY
500 pearl street
New york, New york 10007-1312

10007-131699

RECEIVED
SEP 14 2026
CLERK'S OFFICE
S.D.N.Y.